| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| | Agent: BPA Michael Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Filander RAMOS-HERNANDEZ

Case No.

Case: 2:25−mj−30437
Assigned To : Unassigned
Assign. Date : 7/9/2025
Description: RE: FILANDER
RAMOS−HERNANDEZ (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 6, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a), (b)(2) | 8 U.S.C. 1326(a),(b)(2), Unlawful Re-Entry Following Removal from the United States - Prior Aggravated Felony Conviction |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Michael Everson, Border Patrol Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 9, 2025

City and state: Detroit, MI

_____
Judge's signature

Kimberly G. Altman, U.S. Magistrate
*Printed name and title*
Judge

**AFFIDAVIT**

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Filander RAMOS-HERNANDEZ, which reveals the following:

2. RAMOS-HERNANDEZ is a forty-seven-year-old male, native and citizen of Honduras, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about May 27, 2005, RAMOS-HERNANDEZ was arrested by Border Patrol Agents near Brownville, Texas. He was issued a Notice to Appear and was released on his own recognizance into the United States to await his immigration hearing.

4. On or about June 29, 2005, RAMOS-HERNANDEZ was ordered removed by an Immigration Judge *in absentia*.

5. On or about October 12, 2009, RAMOS-HERNANDEZ was arrested by Houston, Texas Police for Manufacturing and/or Delivering Controlled Substance 1 gram or less (felony) while using the name Felender Ramos HERNANDEZ.

6. On or about October 15, 2009, RAMOS-HERNANDEZ was encountered by Immigration and Customs Enforcement (ICE) while in custody for the felony drug charge. An immigration detainer was lodged.

7. On January 29, 2010, RAMOS-HERNANDEZ was convicted in the 263rd District Court in Houston for Manufacturing and/or Delivering Controlled Substance. He was sentenced to 180 days' incarceration.

8. On or about January 29, 2010, RAMOS-HERNANDEZ was removed back to Honduras through Houston, Texas.

9. On or about April 27, 2010, RAMOS-HERNANDEZ was arrested by Border Patrol Agents near Brownsville, Texas. His prior order of removal was reinstated.

10. On October 7, 2010, RAMOS-HERNANDEZ was convicted for a violation of 8 USC §1326(a), (b)(2)- Unlawful Re-Entry, Following Aggravated Felony Offense. He was sentenced to 2 years' incarceration and 2 years' supervised release.

11. On or about January 11, 2012, RAMOS-HERNANDEZ was arrested by ICE near Folkston, Georgia. RAMOS-HERNANDEZ had illegally re-entered the United States violating his 2-year term of supervised release. His prior order of removal was reinstated.

12. On February 13, 2012, RAMOS-HERNANDEZ was removed to Honduras through Atlanta, Georgia.

13. On or about April 30, 2016, RAMOS-HERNANDEZ was arrested by Houston Police Officers using the name Enrique HERNANDEZ for Assault Causing Bodily Injury Family Member (misdemeanor). On May 3, 2016, he was convicted for the assault charge and was sentenced to 8 days' incarceration.

14. On or about May 5, 2016, RAMOS-HERNANDEZ was arrested by ICE following his assault conviction. On May 23, 2016, he was removed to Honduras through Houston, Texas.

15. On July 6, 2025, RAMOS-HERNANDEZ was encountered by Detroit Border Patrol Agents following a request for assistance from Sterling Heights Police to help identify two subjects. Sterling Heights Police received a complaint that two individuals were being disruptive and fighting at a Super 8 Motel in Sterling Heights. CBP Agents arrived on scene to assist with identification. RAMOS-HERNANDEZ freely stated to agents that he was in the United States illegally and did not possess any documents to allow him to be here legally. During a search of the hotel room where RAMOS-HERNANDEZ claimed to live, 5.5 grams of crystal methamphetamine was found.

16. During a search of RAMOS-HERNANDEZ's person, agents recovered a false permanent resident card and a fraudulent United States Social Security Card. RAMOS-HERNANDEZ told the agents that he paid a smuggler $15,000 to walk him across the international boundary sometime in February 2025.

17. Filander RAMOS-HERNANDEZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that RAMOS-HERNANDEZ is a citizen of Honduras with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that RAMOS-HERNANDEZ legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

18. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

19. Review of the Alien File (A# xxx xxx 432) for Filander RAMOS-HERNANDEZ and queries in Department of Homeland Security databases confirm no record exists of RAMOS-HERNANDEZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on May 23, 2016.

20. Based on the above information, I believe there is probable cause to conclude that Filander RAMOS-HERNANDEZ, is an alien from Honduras, who had previously been convicted of an aggravated felony offense and was subsequently denied admission, excluded, deported, and removed therefrom on or about May 23, 2016, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for

admission thereto; in violation of Title 8, United States Code, Section 1326(a), (b)(1).

Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Hon. Kimberly G. Altman
 United States Magistrate Judge

July 9, 2025